UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAROOQ ABDUL ALEEM,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>J. LIZARRAGA, et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-1210 CKD P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed April 23, 2019, the undersigned screened the complaint and found that plaintiff had stated deliberate indifference claims against defendants Doe and Weiss for the discontinuation of his morphine and failure to prescribe alternative pain medication. (ECF No. 10 at 11.) Plaintiff was given the option to either proceed on these claims or to amend the complaint and was directed to notify the court of his decision within fourteen days. (Id.) Plaintiff has failed to notify the court of how he would like to proceed. He will be given one more opportunity to notify the court as to how he would like to proceed, and if he fails to do so, the court will construe his silence as a decision to proceed on the complaint as screened.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of service of this order, plaintiff shall complete and return the attached form notifying the court whether he wants to proceed on the screened complaint or whether he wants to file an amended complaint. Failure

1

to return the attached form will be construed as a decision to proceed on the complaint as screened without amendment.

Dated: May 28, 2019

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:alee1210.option

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAROOQ ABDUL ALEEM,<br><br>    Plaintiff,<br><br>v.<br><br>J. LIZARRAGA, et al.,<br><br>    Defendants. | No. 2:18-cv-1210 CKD P<br><br>PLAINTIFF'S NOTICE ON HOW TO PROCEED |

Check one:

\_\_\_\_\_ Plaintiff wants to proceed immediately on his Eighth Amendment claims against defendants Doe and Weiss for the discontinuation of his morphine and failure to prescribe alternative pain medication without amending the complaint. Plaintiff understands that by going forward without amending the complaint he is voluntarily dismissing without prejudice his due process claims, all claims against Ashe and Lizarraga, and the deliberate indifference claim against Weiss for prescribing acetaminophen with codeine instead of morphine.

\_\_\_\_\_ Plaintiff wants to amend the complaint.

DATED:_____

                                                   Farooq Abdul Aleem
                                                   Plaintiff pro se