UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAROOQ ABDUL ALEEM, | No. 2:18-cv-1210 CKD P |
| Plaintiff, | |
| v. | ORDER |
| J. LIZARRAGA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. By order filed April 23, 2019, plaintiff's complaint was screened and he was given the option to proceed immediately on his deliberate indifference claims against defendants Doe and Weiss for the discontinuation of his morphine and failure to prescribe alternative pain medication or to amend the complaint. (ECF No. 10.) Plaintiff has now notified the court that he would like to amend the complaint. (ECF No. 14.)

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall have thirty days from the service of this order to file an amended complaint as outlined in the April 23, 2019 screening order. If plaintiff fails to file an amended complaint, the case will proceed on the original complaint as screened and the undersigned will recommend dismissal without prejudice of the due process claims, all claims against Ashe and Lizarraga, and of the deliberate indifference claim against Weiss for prescribing acetaminophen

1

with codeine instead of morphine.

2. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district.

Dated: June 19, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:alee1210.amend