UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAROOQ ABDUL ALEEM,<br><br>Plaintiff,<br><br>v.<br><br>J. LIZARRAGA, et al.,<br><br>Defendants. | No. 2:18-cv-1210 CKD P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed April 23, 2019, the undersigned screened the complaint and gave plaintiff the option of proceeding on the complaint as screened or filing an amended complaint. (ECF No. 10.) Plaintiff opted to amend the complaint (ECF No. 14) and was given thirty days in which to file an amended complaint (ECF No. 15). Thirty days have now passed, and plaintiff has not filed an amended complaint. He will be given one more opportunity to do so.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall have twenty-one days from the service of this order to file an amended complaint as outlined in the April 23, 2019 screening order. If plaintiff fails to file an amended complaint, the case will proceed on the original complaint as screened and the undersigned will recommend dismissal without prejudice of the

////

////

1

due process claims, all claims against defendants Ashe and Lizarraga, and of the deliberate indifference claim against Weiss for prescribing acetaminophen with codeine instead of morphine.

Dated: August 5, 2019

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:alee1210.amend.eot