UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAROOQ ABDUL ALEEM,<br><br>  Plaintiff,<br><br>  v.<br><br>J. LIZARRAGA, et al.,<br><br>  Defendants. | No. 2:18-cv-1210 KJM CKD P<br><br>ORDER TO SHOW CAUSE |

By order filed April 7, 2020, defendant Weiss was ordered to respond to the first amended complaint within twenty-one days. ECF No. 32 at 5. Twenty-one days have now passed and Weiss has yet to file his response. Failure to timely file a pleading responsive to plaintiff's complaint renders defendant Weiss vulnerable to default in this action. Fed. R. Civ. P. 55.

Accordingly, IT IS HEREBY ORDERED that within seven days after the filing of this order, defendant Weiss shall show cause why sanctions should not be imposed for failing to comply with a court order and to file a timely response to the first amended complaint. Prompt filing of a responsive pleading will be deemed full compliance with this order and will automatically discharge the order to show cause. Failure to timely comply with this order shall result in the imposition of appropriate sanctions.

Dated: May 4, 2020

13.alee1210.osc

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE