# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

FAROOQ ABDUL ALEEM,                    No. 2:18-cv-1210 KJM CKD P
       Plaintiff,

                               **ORDER & WRIT OF HABEAS CORPUS**

       v.                             **AD TESTIFICANDUM**

J. LIZARRAGA, et al.,
              Defendants.

_____/

Farooq Abdul Aleem, CDCR # V-74629, a necessary and material witness in a settlement conference in this case on September 3, 2020, is confined in Valley State Prison (VSP), in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Carolyn K. Delaney, by telephonic-conferencing from his place of confinement, to the U.S. District Court, Courtroom #24, 501 I Street, Sacramento, California 95814, on Thursday, September 3, 2020 at 9:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1.   A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by telephonic conferencing, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2.   The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3.   The Clerk of the Court is directed to serve a copy by fax on the Litigation Coordinator at Valley State Prison (559) 665-8919.

4.   On September 3, 2020, no later than 9:30 a.m., the assigned prison official shall call 1-877-848-7030 and when prompted, use the access code 7431521 plus #, and security code 4223 plus #.

5.   If prison officials have any questions concerning the telephonic connection or difficulty connecting, they shall contact Judy Streeter, Courtroom Deputy, at (916) 930-4004.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, VSP, P.O. Box 99, Chowchilla, California 93610:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Delaney at the time and place above, by telephonic conferencing, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  July 6, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:alee1210.841T