UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAROOQ ABDUL ALEEM, | No. 2:18-cv-1210 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| J. LIZARRAGA, et al., | |
| Defendants. | |

Defendants have filed a motion asking that the court order plaintiff to respond to their requests for discovery. Plaintiff has not responded to the motion.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion to compel (ECF No. 66) is granted.

2. Plaintiff shall serve responses to defendants' requests for discovery which comply with the Federal Rules of Civil Procedure within 30 days. Plaintiff's failure to do will result in a

/////
/////
/////
/////
/////
/////

1

recommendation that this action be dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failing to follow court orders.

      3. The deadline for filing motions to compel in this action is extended to July 1, 2021.

      4. The deadline for filing pretrial motions is extended to September 1, 2021.

Dated: April 26, 2021

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
alee1210.mtc