UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAROOQ ABDUL ALEEM,<br><br>Plaintiff,<br><br>v.<br><br>J. LIZARRAGA, et al.,<br><br>Defendants. | No. 2:18-cv-1210 KJM CKD P<br><br><br><br>ORDER |

On June 8, 2021, defendants filed a motion to dismiss. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file an opposition to the motion to dismiss or a statement of non-opposition. Failure to comply with this order will result in recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Dated: July 8, 2021

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

alee1210.46osc